SAM BRANDSTEIN, Respondent, *v.* B & EAST ELEVENTH STREET CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, July 18, 1934.

*Harold M. Phillips* [*Alvin R. Cowan* of counsel], for the appellant.

*Harry J. Lieblein* [*Jacob G. Schneier* of counsel], for the respondent.

PER CURIAM. The landlord may not be held liable for injuries sustained by the plaintiff in using the fire escape for a purpose for which it was not intended. (*Aubrey* v. *McCarthy*, 217 App. Div. 492.)

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.